IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINALD REAVES : CIVIL ACTION

v.

MARK KRYSEVIG, et al. : NO. 07-4781

## ORDER

AND NOW, this 10th day of July, 2008, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED;

3. Petitioner's Motion for Leave to Amend Complaint (Doc. No. 8) and his Counter-Motion of Traverse and Objections to Respondent's Answer to Section 2254 for Writ of Habeas Corpus and Respondent's Motion to Dismiss (Doc. No. 9) are denied as moot; and

4. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

JAMES T. GILES, J.